[No. 12207-7-III.    Division Three.    March 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TIM SCOTT BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00277-8, Yancey Reser, J., entered

January 21, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.